**Order entered March 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01432-CR

**CARMEN VAUGHN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Auxiliary Court No. 4B**
**Dallas County, Texas**
**Trial Court Cause No. TR-12-15353**

## ORDER

We **GRANT IN PART** appellant's March 18, 2013 motion for an extension of time to file her brief.

We **EXTEND** the time to file appellant's brief to **April 26, 2013**. No further extensions will be granted. If appellant does not file her brief by April 26, 2013, the appeal will be submitted without briefs.

/s/     LANA MYERS
        JUSTICE